```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                        Case No. 20-01760-HWV
Michael Scott Rentzel                                         Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke              Page 1 of 1           Date Rcvd: Aug 07, 2020
                             Form ID: ntcnfhrg            Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
```
db              +Michael Scott Rentzel,    1890 Roosevelt Ave,    York, PA 17408-8501
5333502         +Credit Management LP,    6080 Tennyson Pkwy Suite 1,    Plano, TX 75024-6002
5333504          Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5333505         +Glatco Credit Union,    53 S. Main St,    Spring Grove, PA 17362-1015
5333507         +KML Law Group,    701 MARKET ST STE 5000,    Philadelphia, PA 19106-1541
5333509         +National Credit Audit,    12770 Coit Road, Suite 100,    Dallas, TX 75251-1317
5333510         +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
5333511         +West Manchester Township,    380 East Berlin Road,    York, PA 17408-8700
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5333503         +E-mail/PDF: creditonebknotifications@resurgent.com Aug 07 2020 19:47:06      CREDIT ONE BANK,
                  PO BOX 98875,    Las Vegas, NV 89193-8875
5333500         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2020 19:46:42      Capital One Bank,
                  15000 Captial One Drive,    Richmond, VA 23286-0001
5335969          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2020 19:47:03
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
5333501         +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 07 2020 19:40:03      Comcast,
                  725 Canton Street,    Norwood, MA 02062-2679
5333506          E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 07 2020 19:39:44      Internal Revenue Service,
                  Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
5333508         +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2020 19:46:43      LVNV Funding,
                  15 S MAIN ST,    Greenville, SC 29601-2743
5335567          E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2020 19:47:08      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5333512         +E-mail/Text: kcm@yatb.com Aug 07 2020 19:39:43      York Adams Tax Bureau,    PO BOX 15627,
                  York, PA 17405-0156
                                                                                               TOTAL: 8

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Michael Scott Rentzel dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Michael Scott Rentzel, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20–bk–01760–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 16, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 23, 2020<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 7, 2020 |

ntcnfhrg (03/18)