UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL SCOTT RENTZEL<br>Debtor(s) | : | CHAPTER 13 |
| | : | |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | :<br>:<br>: | |
| vs. | : | |
| MICHAEL SCOTT RENTZEL<br>Respondent(s) | :<br>: | CASE NO. 1-20-bk-01760 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this 23rd day of October, 2020, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about August 11, 2020 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 23rd day of October, 2020, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
115 East Philadelphia Street
York, PA 17401

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee