UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MICHAEL SCOTT RENTZEL

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-20-01760-HWV |
| vs. |  |
| MICHAEL SCOTT RENTZEL |  |
| Respondent(s) |  |

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on March 4, 2021, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   March 4, 2021                                   Respectfully submitted,

/s/   James K. Jones, Esquire
ID:  39031
Attorney for Movant
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MICHAEL SCOTT RENTZEL

                Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                Movant

CASE NO: 1-20-01760-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        April 14, 2021 at 09:35 AM
        This hearing will be held telephonically using Courtcall.

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 3154.25**
        **AMOUNT DUE FOR THIS MONTH: $630.85**
        **TOTAL AMOUNT DUE BEFORE HEARING DATE: $3785.10**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with

the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

                                                            Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 4, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL SCOTT RENTZEL

                CHAPTER 13

    Debtor(s)

| CHARLES J. DEHART, III | CASE NO: 1-20-01760-HWV |
|---|---|
| CHAPTER 13 TRUSTEE | |
| Movant | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 4, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                Served Electronically

DAWN MARIE CUTAIA, ESQUIRE  
115 EAST PHILADELPHIA STREET  
YORK, PA  17401-

UNITED STATES TRUSTEE  
SUITE 1190  
228 WALNUT STREET  
HARRISBURG, PA  17101

                Served by First Class Mail

MICHAEL SCOTT RENTZEL  
1890 ROOSEVELT AVE  
YORK, PA  17408

I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 4, 2021

Liz Joyce  
for Charles J. DeHart, III, Trustee  
Suite A, 8125 Adams Dr.  
Hummelstown, PA  17036  
Phone:  (717) 566-6097  
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL SCOTT RENTZEL

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-20-01760-HWV

vs.

MICHAEL SCOTT RENTZEL

MOTION TO DISMISS

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.