United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael Scott Rentzel  
    Debtor

Case No. 20-01760-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Sep 09, 2021     Form ID: ordsmiss     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Scott Rentzel, 1890 Roosevelt Ave, York, PA 17408-8501 |
| 5333504 | | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5333505 | + | Glatco Credit Union, 53 S. Main St, Spring Grove, PA 17362-1015 |
| 5333507 | + | KML Law Group, 701 MARKET ST STE 5000, Philadelphia, PA 19106-1541 |
| 5333509 | + | National Credit Audit, 12770 Coit Road, Suite 100, Dallas, TX 75251-1317 |
| 5351572 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5333510 | + | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 5333511 | + | West Manchester Township, 380 East Berlin Road, York, PA 17408-8700 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5333503 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2021 18:55:11 | CREDIT ONE BANK, PO BOX 98875, Las Vegas, NV 89193-8875 |
| 5333500 | + | EDI: CAPITALONE.COM | Sep 09 2021 22:48:00 | Capital One Bank, 15000 Captial One Drive, Richmond, VA 23286-0001 |
| 5335969 | | EDI: CAPITALONE.COM | Sep 09 2021 22:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5333501 | + | EDI: CCS.COM | Sep 09 2021 22:48:00 | Comcast, 725 Canton Street, Norwood, MA 02062-2679 |
| 5333502 | + | EDI: CMIGROUP.COM | Sep 09 2021 22:48:00 | Credit Management LP, 6080 Tennyson Pkwy Suite 1, Plano, TX 75024-6002 |
| 5333506 | | EDI: IRS.COM | Sep 09 2021 22:48:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5333508 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2021 18:55:08 | LVNV Funding, 15 S MAIN ST, Greenville, SC 29601-2743 |
| 5335567 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2021 18:55:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5333512 | + | Email/Text: kcm@yatb.com | Sep 09 2021 18:43:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Michael Scott Rentzel dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Scott Rentzel,                 Chapter     13

    **Debtor 1**

                                  Case No.     1:20−bk−01760−HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 9, 2021                          By the Court,

                                                       Honorable Henry W. Van Eck
                                                       Chief Bankruptcy Judge
                                                       By: DaneishaDunbarYancey, Deputy Clerk

ordsmiss (05/18)